IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JESSIE RAY MITCHELL,

   Plaintiff,

  v.

AMERICAN HOME MORTGAGE
SERVICING, INC.,

   Defendant.

CIVIL ACTION FILE
NO. 1:07-CV-2856-TWT

## ORDER

This is a Truth-in-Lending action and the removed dispossessory action involving the same property. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The action originally filed in this Court is DISMISSED for failure to effectuate service within the time allowed by law. The dispossessory action is REMANDED to the State Court of DeKalb County for lack of subject matter jurisdiction.

SO ORDERED, this 12 day of May, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\07\Mitchell\r&r.wpd